# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**
**No. 17-199V**
**Filed: August 17, 2017**
UNPUBLISHED

MARGARET STEPHEN,

                 Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

                 Respondent.

Special Processing Unit (SPU);
Ruling on Entitlement; Concession;
Causation-In-Fact; Pneumococcal
Conjugate Vaccine; Shoulder Injury
Related to Vaccine Administration
(SIRVA)

*Amber D. Wilson, Maglio Christopher and Toale, PC, Washington, DC, for petitioner.*
*Kathryn A. Robinette, U.S. Department of Justice, Washington, DC, for respondent.*

## RULING ON ENTITLEMENT[1]

**Dorsey**, Chief Special Master:

On February 10, 2017, petitioner filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. § 300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleges that she suffered pain in her left arm resulting from a pneumococcal vaccination (Prevnar 13) received on June 8, 2015. Pet. at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On August 16, 2017, respondent filed his Rule 4(c) report in which he concedes that petitioner is entitled to compensation in this case. Resp.'s R. 4(c) Rept. at 1. Specifically, respondent "believes that petitioner's alleged injury is consistent with a shoulder injury related to vaccine administration ("SIRVA") and that it was caused-in-fact by the pneumococcal vaccine she received on June 8, 2015. *Id.* at 4. Respondent

---

[1] Because this unpublished ruling contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

further agrees that no other causes for petitioner's SIRVA were identified, that petitioner has met the statutory requirements by suffering the condition for more than six months, and therefore that petitioner has satisfied all legal prerequisites for compensation under the Vaccine Act. *Id.*

   **In view of respondent's position and the evidence of record, the undersigned finds that petitioner is entitled to compensation.**


**IT IS SO ORDERED.**



                           <u>**s/Nora Beth Dorsey**</u>
                           Nora Beth Dorsey
                           Chief Special Master